JOHN W. BURNETT *versus* CONRAD TEN EYCK AND JEREMIAH V. R. TEN EYCK, MERCHANTS TRADING UNDER THE FIRM OF CONRAD TEN EYCK & CO.

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled out of court \*p. 196.
PAPERS IN FILE: [None]
*1821 Calendar*, MS p. 6.

DANIEL HASTINGS AND GEORGE HASTINGS *versus* JOHN S. ROBY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled out of court \*p. 196.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) return to writ of habeas corpus; (4) copy of indorsement on county court capias.
*1821 Calendar*, MS p. 9.